

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-83,424-03 & WR-83,424-04

### EX PARTE GABRIEL CARDONA, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 2006 CRN770-D1 & 2006CRN952-D1
### IN THE 49TH DISTRICT COURT
### FROM WEBB COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three counts of murder and sentenced to eighty years' imprisonment in each case. He did not appeal his convictions.

Applicant contended that his pleas were involuntary because the plea agreements, which called for any time to be served concurrently in relation to possible future federal time, could not be followed. He also alleged that counsel misadvised him about his parole eligibility.

After a remand, the trial court signed findings of fact and conclusions of law recommending that relief be denied. We agree that relief should be denied but we decline to adopt finding of fact nine. Based upon the remaining findings and conclusions and our independent review of the record, we deny relief.

Filed: April 13, 2016
Do not publish